EXHIBIT A

## Exhibit A

## Doe #1 (68.161.17.240 2005-11-02 18:35:03 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Rah Digga | Imperial | Dirty Harriet | 281-389 |
| Interscope Records | Dr. Dre | Still D.R.E. | 2001 | 277-983 |
| UMG Recordings, Inc. | DMX | Bring Your Whole Crew | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| Loud Records LLC | Mobb Deep | Adrenaline | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | New World | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Family | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rewind | Stillmatic | 305-698 |
| BMG Music | Busta Rhymes | As I Come Back | Genesis | 312-547 |

**Exhibit A**

**Doe  #2 (68.160.250.26 2005-10-22 03:04:08 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Virgin Records America, Inc. | Ben Harper | Beloved One | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Ja Rule | Race Against Time | Venni Vetti Vecci | 174-722 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | How Am I Supposed To Live Without You | Soul Provider | 106-829 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| BMG Music | Busta Rhymes | Pass the Courvoisier | Genesis | 312-547 |

**Exhibit A**

**Doe #3 (68.161.204.12 2005-09-22 03:45:54 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Virgin Records America, Inc. | Spice Girls | Goodbye | Forever | 289-357 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Whitney Houston | I Believe In You And Me | Preacher's Wife Soundtrack | 242-260 |
| BMG Music | Christina Aguilera | What a Girl Wants | Christina Aguilera | 274-004 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |

**Exhibit A**

**Doe #4 (141.152.241.188 2005-10-27 20:19:42 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | All By Myself | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | How Am I Supposed To Live Without You | Soul Provider | 106-829 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| Arista Records LLC | Kenny G | Songbird | Duotones | 79-028 |
| UMG Recordings, Inc. | Shaggy | Hope | Hot Shot | 286-657 |
| Fonovisa, Inc. | Los Tigres Del Norte | Un Dia A La Vez | 16 Super Exitos | 124-249 |

**Exhibit A**

**Doe #5 (141.157.167.37 2005-10-21 07:36:16 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | 258-724 |
| Warner Bros. Records Inc. | Leo Sayer | When I Need You | Endless Flight | N37784 |
| Capitol Records, Inc. | White Town | Your Woman | Women in Technology | 231-659 |
| Interscope Records | Limp Bizkit | No Sex | Significant Other | 279-827 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Arista Records LLC | Adema | Freaking Out | Adema | 302-233 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | It's On! | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Dead | Issues | 276-133 |
| Arista Records LLC | Avril Lavigne | Tomorrow | Let Go | 312-786 |

**Exhibit A**

**Doe #6 (141.157.176.200 2005-11-03 08:50:20 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Shania Twain | Any Man of Mine | The Woman in Me | 207-884 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| Arista Records LLC | Pink | You Make Me Sick | Can't Take Me Home | 279-958 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |

## Exhibit A

### Doe #7 (141.157.212.183 2005-10-07 03:32:17 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| UMG Recordings, Inc. | Shania Twain | That Don't Impress Me Much | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Capitol Records, Inc. | Norah Jones | Don't Know Why | Come Away With Me | 320-120 |

**Exhibit A**

**Doe  #8 (141.157.41.151 2005-10-17 00:03:53 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | Until We Rich | War & Peace:  Vol. 2 | 287-151 |
| Virgin Records America, Inc. | D'Angelo | Feel Like Makin Love | Voodoo | 280-480 |
| Motown Record Company, L.P. | Erykah Badu | Orange Moon | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | Mary J. Blige | Beautiful Ones | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Outkast | Liberation | Aquemini | 264-092 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| BMG Music | Busta Rhymes | What It Is | Genesis | 312-547 |

**Exhibit A**

**Doe #9 (141.157.5.206 2005-10-24 03:40:24 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | LL Cool J | Father | Phenomenon | 243-497 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

**Exhibit A**

**Doe  #10 (151.196.178.37 2005-11-04 03:25:59 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | You Rock My World | Invincible | 304-780 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Careless Whisper | Make It Big | 68-616 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Musiq | Babygirl | Juslisen | 308-859 |

**Exhibit A**

**Doe #11 (151.196.184.245 2005-10-27 02:16:45 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

## Exhibit A

### Doe #12 (151.196.248.186 2005-10-31 00:26:38 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | One Way | Cutie Pie | Who's foolin' who? | 34-505 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | The Manhattans | Kiss and Say Goodbye | The Manhattans | 55-771 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |

**Exhibit A**

**Doe #13 (151.196.27.137 2005-11-03 09:16:05 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Dr. Dre | Light Speed | 2001 | 277-983 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Cherish The Day | Love Deluxe | 183-731 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| UMG Recordings, Inc. | Ludacris | Go To Sleep | Word of Mouf | 304-605 |

**Exhibit A**

**Doe  #14 (151.196.7.132 2005-10-28 05:26:51 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | One Way | Cutie Pie | Who's foolin' who? | 34-505 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

**Exhibit A**

**Doe #15 (151.202.93.19 2005-10-28 01:29:00 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Alphaville | Forever Young | Forever Young | 57-138 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Enanitos Verdes | Lamento Boliviano | Big Bang | 223-919 |
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | On The 6 | 267-571 |
| BMG Music | Juan Gabriel | Inocente Pobre Amigo | Por Los Siglos | 303-951 |

**Exhibit A**

**Doe #16 (151.204.157.150 2005-10-26 19:49:16 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Yolanda Adams | That Name | Mountain High Valley Low | 278-575 |
| Motown Record Company, L.P. | Lionel Richie | Stuck on You | Can't Slow Down | 49-235 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Off The Wall | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Brown Eyes | Survivor | 289-199 |
| Arista Records LLC | Usher | U R the One | 8701 | 307-207 |

**Exhibit A**

**Doe #17 (162.83.200.133 2005-10-29 11:48:21 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Beenie Man | Jamaica Way | Art And Life | 284-383 |
| UMG Recordings, Inc. | Avant | Happy | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| Arista Records LLC | Whitney Houston | Where Do Broken Hearts Go | Whitney | 89-966 |
| Atlantic Recording Corporation | Trick Daddy | Pull Over | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |

## Exhibit A

### Doe #18 (162.83.233.237 2005-10-13 16:39:22 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | She's Out Of My Life | Off The Wall | 11-120 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |

**Exhibit A**

**Doe #19 (162.83.238.65 2005-11-04 02:13:55 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Paula Abdul | My love for real | Head Over Heels | 175-823 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Leave Me Alone | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Give In To Me | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |

**Exhibit A**

**Doe  #20 (162.84.139.121 2005-10-10 00:43:20 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Candy | Big Willie Style | 249-123 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bootylicious | Survivor | 289-199 |

**Exhibit A**

**Doe #21 (162.84.177.23 2005-10-28 18:07:53 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | K-I-Ss-I-N-G | I Am | 175-149 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| Interscope Records | No Doubt | Hey Baby | Rock Steady | 305-872 |
| Fonovisa, Inc. | Banda Machos | La Culebra | Casimira | 144-611 |
| Fonovisa, Inc. | Bronco | Sergio El Bailador | 20 Exitos | 256-014 |
| Fonovisa, Inc. | Los Tigres Del Norte | La Mesa Del Rincon | Dos Plebes | 196-452 |

**Exhibit A**

**Doe #22 (162.84.199.78 2005-11-02 09:36:34 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| UMG Recordings, Inc. | LL Cool J | Rock the Bells | Radio | 70-045 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Where Will You Go | Tender Lover | 106-822 |
| BMG Music | Shalamar | This Is For the Lover in You | Three For Love | 28-517 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

## Exhibit A

### Doe #23 (66.171.170.61 2005-10-21 00:19:03 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| UMG Recordings, Inc. | Shania Twain | Come On Over | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Against All Odds | Rainbow | 276-595 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |

**Exhibit A**

**Doe #24 (68.160.199.95 2005-10-16 16:30:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Virgin Records America, Inc. | Spice Girls | Love thing | Spice | 201-276 |
| Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| BMG Music | Christina Aguilera | I Turn To You | Christina Aguilera | 274-004 |

**Exhibit A**

**Doe #25 (68.161.118.132 2005-11-01 03:23:14 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| UMG Recordings, Inc. | Avant | Get Away | My Thoughts | 281-220 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| BMG Music | RL | Got Me a Model | RL:Ements | 309-766 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |

**Exhibit A**

**Doe #26 (68.161.54.33 2005-10-14 07:18:07 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| UMG Recordings, Inc. | DMX | Slippin' | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Vitamin | SCIENCE | 249-690 |

**Exhibit A**

**Doe #27 (68.237.23.126 2005-10-21 10:41:57 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | TLC | Diggin' On You | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Arista Records LLC | TLC | Silly Ho | Fanmail | 298-454 |

**Exhibit A**

**Doe #28 (68.237.23.181 2005-11-04 02:58:33 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | TLC | Diggin' On You | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Arista Records LLC | TLC | Silly Ho | Fanmail | 298-454 |

**Exhibit A**

**Doe #29 (68.237.43.212 2005-10-16 05:15:00 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dangerous | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | You Rock My World | Invincible | 304-780 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| Atlantic Recording Corporation | Trick Daddy | Pull Over | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Dru Hill | Real Freak | Enter the Dru | 290-402 |