UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BMG Music,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　vs.　　　　　　　　　)　　Civil Action No. 1:05-cv-2308
　　　　　　　　　　　　　　　　)
DOES 1 - 29,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　)

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given of the appearance of Matthew J. Oppenheim, Esq., 7304 River Falls Drive, Potomac, MD 20854, (301) 299-4986, on behalf of Plaintiffs BMG Music, Elektra Entertainment Group, Inc., Interscope Records, Warner Bros. Records Inc., Virgin Records America, Inc., UMG Recordings, Inc., SONY BMG MUSIC ENTERTAINMENT, Arista Records LLC and Loud Records, LLC. Peter Strand of Shook, Hardy & Bacon, L.L.P. hereby notifies the Court of his withdrawal as counsel of record for Plaintiffs.

Dated February 15, 2006
Matthew J. Oppenheim, Esq.

_____
Matthew J. Oppenheim, Esq.
DC Bar #443698
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

Attorney for Plaintiffs BMG Music, Elektra Entertainment Group Inc., Interscope Records, Warner Bros. Records Inc., Virgin Records America, Inc., UMG Recordings, Inc., SONY BMG MUSIC ENTERTAINMENT, Arista Records LLC and Loud Records, LLC.

SHOOK, HARDY & BACON L.L.P.

_____
Peter Strand, Esq.
DC Bar No. 481870
Shook, Hardy and Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

WITHDRAWING ATTORNEY