UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
BMG MUSIC et al.,              )
                               )
            Plaintiffs,        )   Civ. Action No. 05-2308 (EGS)
                               )
       v.                      )
                               )
DOES 1-29,                     )
                               )
            Defendants.        )
_____)
```

**O R D E R**

It is by the Court hereby **ORDERED** that Plaintiffs' Motion for Leave to Take Immediate Discovery is **GRANTED.**  Plaintiffs will be allowed to serve immediate discovery on Verizon Internet Services, Inc. ("Verizon") by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including his or her name, address, telephone number, email address, and Media Access Control address.  The disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs rights as set forth in the Complaint. If and when Verizon is served with a subpoena, Verizon shall give written notice, which can include use of email, to the subscribers in question within five business days.  If Verizon and/or any Defendant want to move to quash the subpoena, the

1

party must do so before the return date of the subpoena, which shall be 25 days from the date of service.  Verizon shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash.

It is further **ORDERED** that Plaintiffs shall provide Verizon a copy of this Order along with its subpoena.


**Signed:**   **Emmet G. Sullivan**
              **United States District Judge**
              **May 16, 2006**