UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BMG MUSIC, et. al.

                 Plaintiffs,

    vs.

Does 1-29,

                 Defendants.

Civil Action No.: 1:05-CV-02308

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action without prejudice, all parties to bear their own costs and attorneys' fees. The Clerk of the Court may now be directed to close this case.

Dated: July 18, 2006

Respectfully submitted,

_____
Matthew J. Oppenheim (D.C. Bar No. 443698)
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

*Attorney for Plaintiffs*